■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY OMAR DUNLOP, Appellant. [872 NYS2d 461]—Judgment, Supreme Court, New York County (James A. Yates, J.), rendered November 14, 2006, convicting defendant, after a jury trial, of attempted assault in the first degree, assault in the second degree and criminal possession of a weapon in the second and third degrees, and sentencing him to concurrent terms of 15 years, 7 years, 15 years and 7 years, respectively, unanimously affirmed.

Defendant's challenges to the prosecutor's summation are unpreserved, and we decline to review them in the interest of justice. As an alternative holding, we also reject them on the merits. The challenged remarks were fair comment on the evidence, and were permissible responses to the defense summation (*see People v Overlee*, 236 AD2d 133 [1997], *lv denied* 91 NY2d 976 [1998]; *People v D'Alessandro*, 184 AD2d 114, 118-119 [1992], *lv denied* 81 NY2d 884 [1993]).

We perceive no basis for reducing the sentence. Concur—Mazzarelli, J.P., Moskowitz, Renwick and Freedman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE UCHO, Appellant. [872 NYS2d 687]—Judgment, Supreme Court, New York County (Lewis Bart Stone, J.), rendered on or about June 6, 2006, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Moskowitz, Renwick and Freedman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK TOLENTINO, Appellant. [871 NYS2d 908]—Judgment, Supreme Court, New York County (Michael R. Ambrecht, J.), rendered June 7, 2006, convicting defendant, upon his plea of guilty, of robbery in the second degree, and sentencing him, as a persistent violent felony offender, to a term of 16 years to life, unanimously affirmed.

Defendant did not preserve his claim that when the court ordered his sentence to be served consecutively to another sentence it misapprehended its discretion under Penal Law § 70.25 (2-b) to impose a concurrent sentence upon a finding of mitigating circumstances (*see People v Hamlet*, 227 AD2d 203, 204 [1996], *lv denied* 88 NY2d 1021 [1996]), and we decline to review it in the interest of justice. Concur—Mazzarelli, J.P., Moskowitz, Renwick and Freedman, JJ.